**INTERVET INC., Merck & Co., Inc., Appellants**

v.

**E.I. DUPONT DE NEMOURS & COMPANY, Appellee**

**2016-2131**

United States Court of Appeals, Federal Circuit.

May 3, 2017

JANELLE WAACK, Bass, Berry & Sims, PLC, Washington, DC, argued for appellants. Also represented by TERRY LYNN CLARK, BRIAN IVERSON; RICHARD GREGORY PARKER, Nashville, TN.

FRANK G. SMITH, III, Alston & Bird LLP, Atlanta, GA, argued for appellee. Also represented by MATTHEW WOLFF HOWELL; ROBERT STEPHEN RIGG, Vedder Price PC, Chicago, IL; THOMAS J. KOWALSKI, New York, NY; JUDY DE LEON JARECKI-BLACK, Merial Inc., Duluth, GA.

(Moore, O'Malley, and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**